UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| GREGORY WERNER | } | |
| | } | |
| Plaintiff, | } | Civil Action, File No. |
| -against- | } | 2:15-cv-00409 |
| | } | |
| FORSTER & GARBUS, LLP, | } | |
| MARK A. GARBUS, RONALD FORSTER, | } | |
| NATIONAL COLLEGIATE STUDENT LOAN | } | |
| TRUST 2006-1, A DELAWARE STATUTORY TRUST(S), | } | |
| NATIONAL COLLEGIATE STUDENT LOAN | } | |
| TRUST 2006-2, A DELAWARE STATUTORY TRUST(S), | } | |
| NATIONAL COLLEGIATE STUDENT LOAN | } | |
| TRUST 2006-3, A DELAWARE STATUTORY TRUST(S), | } | |
| TRANSWORLD SYSTEMS, INC., | } | |
| BERNARD P. ZENG, JIM KIRBY, JAY KING, | } | |
| TONY L'ABBATE, NCO FINANCIAL SYSTEMS, INC., | } | |
| EXPERT GLOBAL SOLUTIONS, INC., | } | |
| THE FIRST MARBLEHEAD CORPORATION, | } | |
| FIRST MARBLEHEAD DATA SERVICES, INC. | } | |
| THE NATIONAL COLLEGIATE FUNDING LLC, | } | |
| GATE HOLDINGS, INC., | } | |
| THE EDUCATION RESOURCES INSTITUTE, INC., | } | |
| WILMINGTON TRUST COMPANY, | } | |
| PLATINUM EQUITY, LLC, | } | |
| M&T BANK CORPORATION, AND | } | |
| FIRST MARBLEHEAD EDUCATION RESOURCES, INC., | } | |
| | } | |
| Defendants. | } | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants.

Dated:      June 26, 2015
/s/_____
Mitchell L. Pashkin (MP 9016)

1